# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RHONDA NEWCOMB,

    Plaintiff,

v.

                            Case No.: 6:19-cv-00457-PGB-TBS

LUMINAR TECHNOLOGIES, INC.,

    Defendant,
_____/

## JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Case Management and Scheduling Order dated July 17, 2019 (Doc. 29), the Parties, by and through their respective counsel, hereby inform the Court that they have selected the following mediator to conduct the mediation in this case: **Kay L. Wolf, 801 Silver Drive, Orlando, Florida 32804.**

***Remainder of this page intentionally left blank.***

Respectfully Submitted,

| | |
|---|---|
| */s/ Gregory A. Owens* | */s/Sonya Rosenberg* |
| **GREGORY A. OWENS, ESQ.** | **PAUL J. SCHECK, ESQ.** |
| Florida Bar No.: 51366 | Florida Bar No. 028487 |
| greg@fgbolaw.com | pscheck@shutts.com |
| **WOLFGANG M. FLORIN, ESQ.** | **JACLYN S. CLARK, ESQ.** |
| Florida Bar No.: 907804 | Florida Bar No.: 117652 |
| wolf@fgbolaw.com | jclark@shutts.com |
| 16524 Pointe Village Drive | 300 South Orange Ave |
| Suite 100 | Suite 1600 |
| Lutz, Florida 33558 | Orlando, Florida 32801 |
| (727) 254-5255 | (407) 423-3200 |
| (727) 483-7942 (fax) | (407) 425-8316 |
| *Trial Attorneys for Plaintiff* | |

    **SONYA ROSENBERG, ESQ.**
*Admitted Pro Hac Vice*
srosenberg@nge.com
**ALEXIS M. DOMINGUEZ, ESQ.**
*Admitted Pro Hac Vice*
adominguez@nge.com
2 N LaSalle Street, Suite 1700
Chicago, Illinois 60602
(312) 269-8000
(312) 429-3518

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

    s/ Gregory A. Owens
    Attorney